WILLIAM C. CLOUGH et al., respondents,

*v.*

SAMUEL J. MESNICK et al., appellants.

[Argued May term, 1925.  Decided October 19th, 1925.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *96 N. J. Eq. 482.*

*Messrs. Weinberger & Weinberger,* for the appellants.

*Mr. Henry C. Whitehead,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, JJ.  14.

*For reversal*—None.